812

No. 792. GENERAL METALS POWDER Co. *v.* S. K. WELLMAN Co. ET AL. February 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *F. O. Richey* and *B. D. Watts* for petitioner. *George I. Haight* for respondents. 

No. 814. LUCCHESE ET AL. *v.* MAUERMANN. February 3, 1947. Petition for writ of certiorari to the Court of Civil Appeals, 4th Supreme Judicial District, of Texas, denied. *Elmer Ware Stahl* for petitioners. *Carl Wright Johnson* and *Nat L. Hardy* for respondent. 

No. 831. FLEMING ET AL., TRUSTEES, *v.* OKLAHOMA TAX COMMISSION. February 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *W. F. Peter, W. V. Hodges* and *Eaton Adams* for petitioners. 

No. 833. AMATO, DOING BUSINESS AS M. AMATO & SON, *v.* PORTER, PRICE ADMINISTRATOR. February 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington* and *David London* for respondent. 

No. 838. PENNSYLVANIA RAILROAD Co. *v.* McCARTHY, ADMINISTRATOR. February 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh